In the Matter of the Claim of MILARD ROPER, Appellant, against H. C. BOHACK Co., INC., and MARYLAND CASUALTY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by claimant for additional compensation under the Workmen's Compensation Law. Proceedings were had before the Compensation Commission and an award of $2,675.48 was made and paid to claimant June 29, 1931. Since that time claimant has made thirty-eight applications to the State Industrial Board to reopen the proceeding, all of which applications were denied on the ground that only questions of fact were involved. The schedule award for loss of use of the right arm was made on reports of claimant's two doctors and the report of the chief medical examiner for the State Industrial Board. There is ample evidence to sustain the Board's action in denying claimant further compensation. The action of the State Industrial Board denying further compensation should be affirmed. Decision unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of CYRIL J. DONNELLY, Respondent, against TOWN OF SMITHTOWN and MARYLAND CASUALTY COMPANY, Appellants. STATE INDUS-TRIAL BOARD, Respondent.— Appeal from an award of disability compensation, and from the affirmation of such award by the State Industrial Board. Claimant was chief of police of the town of Smithtown. While engaged in the investigation of a burglary he went to the barracks of the State Police in order to get a State trooper to assist him. While waiting for the trooper he participated in a soft ball game, and in running bases fell and broke his leg. There is no evidence whatever that this accident arose out of and in the course of his employment. It was neither incidental to his employment nor in the interests of his employer. Award reversed and claim dismissed, with costs to the appellants. Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.